ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JANET C. HUDSON (Cal. State Bar No. 113996)
Assistant United States Attorney
National Security Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6356
    Facsimile: (213) 894-7631
    E-mail address: Janet.Hudson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-276-JFW |
| Plaintiff, | ) ) ) | OPPOSITION TO DEFENDANT'S PROPOSED ORDER TO CONTINUE SURRENDER |
| v. | ) | |
| ZIAULLAH LALLI, AHMAD NAJIB WARDAK, | ) ) ) | |
| Defendants. | ) | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Janet C. Hudson, hereby submits this opposition to defendant Lalli's proposed order to continue surrender.

DATED: May 7, 2010    Respectfully submitted,

    ANDRÉ BIROTTE JR.
    United States Attorney

    CHRISTINE C. EWELL
    Assistant U.S. Attorney
    Chief, Criminal Division

    /s/ Janet C. Hudson
    JANET C. HUDSON
    Assistant United States Attorney

1 | The government notes that the indictment in the instant case
2 | was filed over three years ago, on April 11, 2007.  Defendant
3 | Lalli made his initial appearance on September 10, 2007 and
4 | entered his change of plea on December 3, 2007.  After numerous
5 | continuances, defendant was sentenced approximately two years
6 | later, on December 2, 2009, to a term of imprisonment of 18
7 | months.  Defendant was ordered to surrender by January 12, 2010.
8 | The parties stipulated to continue his surrender date to March
9 | 12, 2010, and then to May 12, 2010.  When the government
10 | stipulated to the second such continuance, government counsel
11 | informed defense counsel that the stipulation was done as a
12 | courtesy to defense counsel, and that the government would not be
13 | inclined to agree to any further requests for a continuance.
14 | The government believes that defendant Lalli has received
15 | the appropriate benefit for his cooperation.  While there may be
16 | no end to the cooperation he could provide, at some point his
17 | cooperation must come to an end if he is ever to serve the
18 | sentence imposed.  That time is now.  The government does not
19 | believe that a further continuance of the surrender date is
20 | justified, and therefore opposes defendant's proposed order for
21 | continuance.